AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\* DISTRICT OF   NEVADA

ERNESTO CACERES ALEMAN,

      Petitioner,     JUDGMENT IN A CIVIL CASE
V.

                            CASE NUMBER: **3:10-cv-00105-LRH-RAM**

HUMPHRIES, et al.,

      Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice for lack of jurisdiction.


  March 18, 2010     **LANCE S. WILSON**
                                                               Clerk

                                                /s/ P. McDonald
                                                Deputy Clerk